## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER<br>OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br>**ORDER FOR DISMISSAL** |

Gerald D. Wells, III, **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**, 280 King of Prussia Road, Radnor, PA 19087; Mark Thierman, **THIERMAN LAW FIRM**, 7287 Lakeside Drive, Reno, NV 89511; Vernon J. Vander Weide, **HEAD SEIFERT & VANDER WEIDE**, 333 South Seventh Street, Suite 1140, Minneapolis, MN 55402-2421, for plaintiffs.

Alison B. Willard, **MORGAN LEWIS & BOCKIUS LLP**, 77 West Wacker Drive, Fifth Floor, Chicago, IL 60601, for defendant.

This case is before the Court on the stipulation of dismissal filed by Plaintiff David Brodsky and Defendants RBC Capital Markets Corporation, RBC Dain Rauscher, Inc., and RBC Global Debt Markets (collectively, "RBC") on May 20, 2009 [Docket No. 110].

**IT IS HEREBY ORDERED** the Plaintiff Brodsky's claims in this action are **DISMISSED WITHOUT PREJUDICE**, with each party bearing their own fees and costs.

DATED: June 10, 2009      ____s/John R. Tunheim____
at Minneapolis, Minnesota.      JOHN R. TUNHEIM
     United States District Judge