**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br><br>**ORDER** |

This matter is before the Court on the motion filed by Defendant RBC Capital Markets Corporation for leave to file under seal declarations of Pamela Iverson and Gabriela Sikick, and accompanying exhibits [Docket No. 147].

**IT IS HEREBY ORDERED** that RBC is granted leave to file under seal the Declarations of Pamela Iverson and Gabriela Sikich and accompanying exhibits.

DATED: June 29, 2009  
at Minneapolis, Minnesota.

          s/John R. Tunheim  
          JOHN R. TUNHEIM  
          United States District Judge