UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER<br>OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br><br>**ORDER** |

This matter is before the Court on the stipulation filed by the parties on July 2, 2009 [Docket No. 176].

**IT IS HEREBY ORDERED** that Stipulation for Extension of Briefing Schedule on Defendant's Motions for Summary Judgment [Docket No. 176] entered into by the parties through their respective counsel is entered.

**IT IS FURTHER ORDERED** that:

1. Plaintiffs shall have until August 5, 2009 to respond to each of RBC's Motions for Summary Judgment as to Plaintiffs Kennedy, David, Blumberg-Markus, Kulman, Grattan, Pazos, Roque, Alvarez, Cruz, and Capozzoli's claims;

2. RBC shall have until August 24, 2009 to reply in support of each of its Motions for Summary Judgment as to Plaintiffs Kennedy, David, Blumberg-Markus, Kulman, Grattan, Pazos, Roque, Alvarez, Cruz, and Capozzoli's claims.

DATED: July 14, 2009                          ____s/John R. Tunheim____
at Minneapolis, Minnesota.                        JOHN R. TUNHEIM
                                                    United States District Judge