# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER<br>OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br><br>**ORDER** |

This matter is before the Court on the [corrected] motion filed by Plaintiffs for leave to file under seal Memorandum of Law and Declaration of Gerald D. Wells, III and accompanying exhibits. [Docket No. 180].

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file under seal the Memorandum of Law and Declaration of Gerald D. Wells, III and accompanying exhibits in support of Plaintiffs' Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Plaintiffs.

DATED: July 14, 2009                ____s/John R. Tunheim____
at Minneapolis, Minnesota.             JOHN R. TUNHEIM
                                                United States District Judge