**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER<br>OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br><br>**ORDER** |

This matter is before the Court on the motion filed by Plaintiffs for leave to file under seal Memorandum of Law and Declaration of Gerald D. Wells, III and accompanying exhibits. [Docket No. 197].

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file under seal the Memorandum of Law and Declaration of Gerald D. Wells, III and accompanying exhibits in support of Plaintiffs' Motion for Class Certification Pursuant to Federal Rule of Procedure 23.

DATED: July 31, 2009                                       ____s/John R. Tunheim_____  
at Minneapolis, Minnesota.                             JOHN R. TUNHEIM  
                                                                      United States District Judge