UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br><br>**ORDER** |

This matter is before the Court on the motion filed by Plaintiffs for leave to file under seal Memorandum of Law and Declaration of Gerald D. Wells, III and accompanying exhibits in support of Plaintiffs' oppositions to Defendant's Motions for Summary Judgment. [Docket No. 206].

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file under seal their Memorandum of Law and Declaration of Gerald D. Wells, III and accompanying exhibits in support of Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment.

DATED: August 4, 2009            ____s/John R. Tunheim____
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
           United States District Judge