**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br><br>**ORDER** |

This matter is before the Court on the motion filed by Defendant RBC Capital Markets Corporation for leave to file under seal the memorandum of law in support of defendant's opposition to plaintiffs' motion to conditionally certify collective action and facilitate notice to potential plaintiffs, declarations in support thereof, and accompanying exhibits [Docket No. 233].

**IT IS HEREBY ORDERED** that RBC is granted leave to file under seal the memorandum of law in support of defendant's opposition to plaintiffs' motion to conditionally certify collective action and facilitate notice to potential plaintiffs, declarations in support thereof, and accompany exhibits.

DATED: August 13, 2009                  ____s/John R. Tunheim____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                              United States District Judge