# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: RBC DAIN RAUSCHER OVERTIME LITIGATION | Civil No. 06-3093 (JRT/FLN)<br><br>**ORDER** |

This matter is before the Court on the motion filed by Defendant RBC Capital Markets Corporation for leave to file under seal the memorandum of law in opposition to plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure 23 [Docket No. 261].

**IT IS HEREBY ORDERED** that RBC is granted leave to file under seal the memorandum of law in opposition to plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure 23, declarations in support thereof, and accompanying exhibits.

DATED: September 14, 2009            ____s/John R. Tunheim____
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                              United States District Judge